UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NAMEL NORRIS,                                                :
                                    Plaintiff,               :
                                                             :        24 Civ. 5171 (LGS)
             -against-                                       :
                                                             :            ORDER
CARPET CULTURE & RUGS INC., et al.,                          :
                                    Defendants.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 11, 2024, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for August 28, 2024, at 4:20pm;

WHEREAS, no Defendant has appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 28, 2024**. If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **August 28, 2024**.

**ORDERED** that the initial pretrial conference scheduled for August 28, 2024, is adjourned to **September 4, 2024, at 4:20 P.M.**

Dated: August 22, 2024
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**