# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

August 28, 2024

**VIA CM/ECF**

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square  - Courtroom 1106
New York, NY 10007

> Application **GRANTED**.  The initial pretrial conference scheduled for September 4, 2024, is adjourned to **October 2, 2024, at 4:20pm**.  The materials described at Dkts. 3 and 4 shall be filed by **September 25, 2024**.
>
> Dated: August 29, 2024
> New York, New York
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

       Re:    **Norris v. Carpet Culture & Rugs Inc., et al.**
              **Case 1:24-cv-05171-LGS**

Dear Judge Schofield:

      The undersigned represents the Plaintiff in the above-captioned case matter. Per Order [D.E. 4], Plaintiff is to file a status letter regarding his efforts to serve Defendants and to request an adjournment of the initial conference no later than August 28, 2024.  The Case Management Plan and Joint Letter is due from the parties August 28, 2024.  However, there has not been a formal appearance of attorney for this case.  We were in communication with attorney Jeffrey Chancas, Esq. who we thought would be representing in this case, but he has relayed that he has not been retained.  We have subsequently reached out to Hector M. Roman, Jr. Esq. who had been counsel for the Defendants in the prior Norris v. Carpet Culture & Rugs Inc., Case 1:24-cv-02556-JGLC, that had been prematurely dismissed by the Court.  We have reached out to Mr. Roman to advise him of this current case's refiling on the docket.  We expect to hear from him soon on his representation of the Defendants in this matter.

      In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this matter and first adjournment request.

                        Sincerely,

                        By: /S/   B. Bradley Weitz
                            B. Bradley Weitz, Esq. (BW9365)
                            THE WEITZ LAW FIRM, P.A.
                            Attorney for Plaintiff
                            Bank of America Building
                            18305 Biscayne Blvd., Suite 214
                            Aventura, Florida 33160
                            Telephone: (305) 949-7777
                            Facsimile:  (305) 704-3877
                            Email: bbw@weitzfirm.com