# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

September 23, 2024

**VIA CM/ECF**

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square  - Courtroom 1106
New York, NY 10007

Re:

**Norris v. Carpet Culture & Rugs Inc., et al.**
**Case 1:24-cv-05171-LGS**

Dear Judge Schofield:

> Application **GRANTED**.  The initial pretrial conference scheduled for October 2, 2024, is adjourned to **November 20, 2024, at 4:20pm**.  The materials described at Dkts. 3 and 4 shall be filed by **November 13, 2024**.  Plaintiff shall file proof of service on Defendant Carpet Culture & Rugs, Inc. by **October 2, 2024**.  Plaintiff shall file proof of service on Defendant Ying Wee Corp. or a status letter describing Plaintiff's efforts to serve Defendant by **October 23, 2024**.
>
> Dated: September 24, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

The undersigned  represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for October 2, 20249 at 4:20 p.m., in Your Honor's Courtroom. Unfortunately, the Defendants have yet to appear and/or answer in this matter, though they have been served.  We are awaiting the Affidavit of Service on the Tenant/Defendant Carpet Culture & Rugs Inc. and seek a better address for the Landlord/Defendant Ying Wee Corp., as the address for attempted service  was invalid due to vacant premises.

We spoke to the attorney who had represented the Defendants in the prior case *Norris v. Carpet Culture & Rugs Inc.*, Case 1:24-cv-02556-JGLC, Mr. Hector M. Roman, Jr. Esq., who advised he has not been retained in this current filing.

In order to allow additional time for the Defendants to hire an attorney and appear, also to allow for  time to locate or investigate a better address to serve Yin Wee Corp., a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this matter and second adjournment request.

    Sincerely,

    By: /S/   B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW9365)
        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile:  (305) 704-3877
        Email: bbw@weitzfirm.com