UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                    :
NAMEL NORRIS,                                       :
                                   Plaintiff,       :
                                                    :         24 Civ. 5171 (LGS)
                        -against-                   :
                                                    :              ORDER
CARPET CULTURE & RUGS INC, et al.,                  :
                                   Defendants.      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the case management plan and scheduling Order dated November 14, 2024,

required the parties to file a joint status letter by January 13, 2025.

        WHEREAS, the Order states that use of any alternative dispute resolution mechanism

does not stay or modify any date in the Order.

        WHEREAS, the parties failed to submit the letter.  It is hereby

        **ORDERED** that the parties shall file the joint status letter by January 17, 2025.

Dated: January 14, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE